UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE PARISIEN,
    Petitioner

v.      CASE NO. 1:16-CV-2368

MARY SABOL, *et al.*,
    Respondents

*O R D E R*

AND NOW, this 13th day of April, 2017, upon consideration of the report and recommendation of Magistrate Judge Karoline Mehalchick (Doc. 5), filed on March 17, 2017, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Judge Mehalchick's report and recommendation is ADOPTED.

2. Eugene Parisien's petition for a writ of habeas corpus (Doc. 1) is DISMISSED AS MOOT.

3. The Clerk of Court is directed to close this case.

        /s/ William W. Caldwell
        William W. Caldwell
        United States District Judge